1   Robert A. Weikert (Bar No. 121146)
    rweikert@nixonpeabody.com
2   Andrew H. Winetroub (Bar No. 291847)
    awinetroub@nixonpeabody.com
3   NIXON PEABODY LLP
    One Embarcadero Center
4   San Francisco, California 94111-3600
    Tel: (415) 984-8200
5   Fax: (415) 984-8300

6   David L. May (*pro hac vice pending*)
    dmay@nixonpeabody.com
7   Jennette W. Psihoules (*pro hac vice pending*)
    jpsihoules@nixonpeabody.com
8   NIXON PEABODY LLP
    799 9th Street NW
9   Washington, DC 20001-4501
    Tel: (202) 585-8000
10  Fax: (202) 585-8080
11

12  *Attorneys for Plaintiff Hästens Sängar AB*

13

14              IN THE UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16  HÄSTENS SÄNGAR AB,                  Case No.:  5:20-cv-00280-EJD

17                      Plaintiff,      FIRST AMENDED COMPLAINT FOR:

18        v.                            (1) FEDERAL TRADEMARK
19                                          INFRINGEMENT UNDER THE
    CAITLIN WILSON DESIGN, LLC,             LANHAM ACT;
20
                        Defendant.      (2) FEDERAL COUNTERFEITING
21                                          UNDER THE LANHAM ACT;

22                                      (3) FEDERAL FALSE DESIGNATION
23                                          OF ORIGIN AND UNFAIR
                                            COMPETITION UNDER THE
24                                          LANHAM ACT;

25                                      (4) UNFAIR COMPETITION UNDER
26                                          CAL. BUS. & PROF. CODE §§
                                            17200, *ET SEQ.*; AND
27

28

                              -1-

**(5) TRADEMARK INFRINGEMENT
AND UNFAIR COMPETITION
UNDER CALIFORNIA COMMON
LAW.**

**DEMAND FOR JURY TRIAL**

1.      Plaintiff Hästens Sängar AB (hereinafter referred to as "**Hästens**" or "**Plaintiff**"), by and through its undersigned attorneys, brings this Complaint against Defendant Caitlin Wilson Design, LLC (hereinafter referred to as "**CWD**" or "**Defendant**") for trademark infringement, counterfeiting, and false designation of origin and unfair competition under the Lanham Act, 15 U.S.C. §§ 1051 *et seq*., unfair competition under California Business and Professions Code Sections 17200 *et seq*., and trademark infringement and unfair competition under California common law.

## JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction over Hästens' claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) because these claims arise under the Lanham Act, 15 U.S.C. §§ 1114, 1116, and 1125(a).  In addition, supplemental jurisdiction over the related state law claims is conferred upon this Court by 28 U.S.C. § 1367(a).

3.      This Court has personal jurisdiction over Defendant because, upon information and belief, Defendant has regularly transacted, and continues to transact, business in this State; contracts to supply goods and/or services in this State; is causing tortious injury by an act in this State; and is causing tortious injury in this State by an act outside this State where it regularly does or solicits business, engages in other persistent courses of conduct and/or derives substantial revenue from goods used or consumed, or services rendered, in this State.

4.      Venue is proper in this judicial district and Court pursuant to 28 U.S.C. § 1391 because a substantial part of the acts complained of herein occurred in this judicial district and Defendant is subject to personal jurisdiction in this judicial district.

**INTRADISTRICT ASSIGNMENT**

5.      A substantial part of the events and omissions giving rise to the claims in this case occurred in the County of San Francisco, including but not limited to the marketing and sale of the infringing products.  Accordingly, assignment to the San Francisco Division is proper pursuant to Civil L.R. 3-2(c) and (d).

**THE PARTIES**

6.      Hästens is a Swedish corporation and maintains its principal place of business at Box 130 Koping, Sweden 73123.

7.      Upon information and belief, Defendant is an Oregon limited liability company with a principal place of business located at 2923 North Henderson Avenue, Dallas, Texas 75206, and with showrooms located at 412 Presidio Avenue, San Francisco, California 94115 and 2923 North Henderson Avenue, Dallas, Texas 75206.  Upon information and belief, Defendant has an agent for service of process in this judicial district at the following address: Ashlee Stewart, 240 Bay Street #3253, San Francisco, California 94133.

**FACTUAL BACKGROUND**

***Hästens' Rights***

8.      Hästens is engaged in the manufacture, sale, and distribution of, *inter alia,* luxury, handmade beds, mattresses, linens, quilts, pillows and textile products. Hästens' goods and services include those set forth within its various trademark applications and registrations, some of which are detailed below, and also include those related specifically to mattresses and textiles.

9.      Since 1978, Hästens has continuously used in U.S. commerce its distinctive check design and currently operates several stores in the United States, and worldwide, through which it markets and sells various high-end products, including, *inter alia,* beds, mattresses, linens, quilts, pillows and other textile products under its check design. Depicted below is a small sample of Hästens' goods prominently featuring its distinctive check design:

FIRST AMENDED COMPLAINT








10.     Hästens is the owner of all intellectual property rights in and to its distinctive check design, including without limitation the following federal trademark registrations (collectively the "**Hästens Registrations**") (the registration certificates for which are attached hereto as **Exhibit A**):

a.   U.S. Trademark Registration No. 2,648,250, having a priority filing date of May



5, 2000, for the mark  directed to the following goods: *Furniture, namely beds, bedsteads and bedroom furniture; mirrors, bedroom mirrors, picture frames; bedding, namely, mattresses, spring mattresses, pillows and down pillows* in Class 20 and *Textile products not included in other classes, namely bed covers and curtains of textile; bed linen, namely, sheets and pillow cases; down quilts, bed blankets* in Class 24 (hereinafter the "**Hästens '250 Registration**");

b.   U.S. Trademark Registration No. 3,813,053, having a priority filing date of



June 22, 2009, for the mark  directed to the following goods: *Furniture, including beds, bedsteads and bedroom furniture; mattresses, spring mattresses, pillows and down pillows* in Class 20 and *Woven textiles, namely, sheets, towels, bed blankets; textile products not included in other classes, namely, bed spreads; bed linen, bed clothes including blankets and pillow cases; down quilts* in Class 24 (hereinafter the "**Hästens '053 Registration**");

c.  U.S. Registration No. 5,877,018, having a priority filing date of June 28, 2016,



for the mark  directed to the following goods and services: *Furniture; Mattresses; Pillows; Beds* in Class 20, *Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets and throws; down quilts* in Class 24, *Clothes, namely, pajamas; Footwear, namely, slippers, down socks* in Class 25, and *Marketing services; retail store services and providing consumer product information featuring beds, bed steads, bed frames, bedroom furniture, mattresses, spring mattresses, overlay mattresses, pillows, down pillows, bed linen, sheets, bed sets, pillow cases, duvet covers, bed covers, bedspreads, mattress covers, bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets, throws, down quilts, pajamas, nightgowns, bathrobes, slippers and down socks, nightcaps, sleep masks and soft toys* in Class 35;

d.  U.S. Registration No. 5,947,305, having a priority filing date of June 28, 2016,



for the mark  directed to the following goods and services: *Furniture; Mattresses; Pillows; Beds* in Class 20, *Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets and throws; down quilts* in Class 24, *Clothes, namely, pajamas; Footwear, namely, slippers, down socks* in Class 25, and *Marketing*

FIRST AMENDED COMPLAINT

*services; retail store services and providing consumer product information featuring beds, bed steads, bed frames, bedroom furniture, mattresses, spring mattresses, overlay mattresses, pillows, down pillows, bed linen, sheets, bed sets, pillow cases, duvet covers, bed covers, bedspreads, mattress covers, bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets, throws, down quilts, pajamas, nightgowns, bathrobes, slippers and down socks, nightcaps, sleep masks and soft toys* in Class 35;

e.  U.S. Registration No. 5,970,178, having a priority filing date of June 28, 2016,



for the mark  directed to the following goods: *Furniture; Mattresses; Pillows; Beds* in Class 20, *Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed valances, bed skirts, plaids, towels, quilts, blankets and throws; down quilts* in Class 24, and *Clothes, namely, pajamas; Footwear, namely, slippers, down socks* in Class 25;

f.  U.S. Registration No. 5,970,179, having a priority filing date of June 28, 2016,



for the mark  directed to the following goods: *Furniture; Mattresses; Pillows; Beds* in Class 20, *Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed valances, bed skirts, plaids, towels, quilts, blankets and*

*throws; down quilts* in Class 24, and *Clothes, namely, pajamas; Footwear, namely, slippers, down socks* in Class 25;

g.  U.S. Registration No. 5,950,959, having a priority filing date of June 28, 2016,

for the mark  directed to the following goods: *Clothes, namely, nightgowns, bathrobes; Headgear, namely, night caps, sleep masks* in Class 25;

h.  U.S. Registration No. 6,064,837, having a priority filing date of June 28, 2016,

for the mark  directed to the following goods: *Clothes, namely, nightgowns, bathrobes; Headgear, namely, night caps, sleep masks* in Class 25;

i.  U.S. Registration No. 6,072,194, having a priority filing date of June 28, 2016,



for the mark  directed to the following goods:  *Textile products, namely, canopies and bedroom curtains* in Class 24; and

j.  U.S. Registration No. 6,072,195, having a priority filing date of June 28, 2016,



for the mark  directed to the following goods: *Textile products, namely, canopies and bedroom curtains* in Class 24; and

k.  U.S. Registration No. 5,700,061, having a priority filing date of April 2, 2015,



for the mark  directed to the following goods: *beds; mattresses*

-8-

*sold as a component of beds; spring mattresses sold as a component of beds* in Class 20.

11.     The Hästens '250 Registration for the mark  and the Hästens '053 Registration for the mark ▦ have become incontestable pursuant to 15 U.S.C. § 1065. A copy of the USPTO's Notice of Acceptance and Acknowledgement of Declarations of Use and Incontestability filed under 35 U.S.C. §§ 1058 and 1065 for the Hästens '250 Registration and the Hästens '053 Registration are attached hereto and incorporated by reference as **Exhibit B**.

12.     Hästens has also established common law rights in and to its marks for use with goods and services related to its mattress and bedding manufacture and sales, including at least those goods and services set forth in the Hästens Registrations as set forth above. True and correct screenshots from Hästens' website showing use of the marks are attached hereto as **Exhibit C**.

13.     The foregoing marks covered under the identified Hästens Registrations, as well as Hästens' common law rights in and to the check design marks are hereinafter collectively referred to as the "**Hästens Design Marks**."

14.     Through Hästens' long and continuous use of the Hästens Design Marks, by it and its related companies and predecessors in interest, and by virtue of the Hästens Registrations of the marks in connection with its various goods and services as described above, Hästens has acquired valuable common law and statutory rights and goodwill in and to the Hästens Design Marks.

### *CWD's Infringement*

15.     CWD is a textile, furniture and other home goods and décor retailer that was founded by Caitlin Wilson in or around 2007.

16.     Upon information and belief, CWD sells its products throughout the United States primarily through its website, https://caitlinwilson.com/ (hereinafter, the "**CWD Website**"), as well as at its showrooms located in San Francisco, California and Dallas, Texas.

17.     Upon information and belief, CWD has been and is still currently manufacturing, producing, marketing, advertising, offering for sale and/or selling products, such as pillows, fabrics, wallpaper, upholstery and other textile products, featuring a check pattern identical and/or confusingly similar to one or more of the Hästens Design Marks (hereinafter, the "**Disputed Products**").  A representative sample of such Disputed Products are shown below and attached hereto and incorporated by reference as **Exhibit D**.

 

FIRST AMENDED COMPLAINT




18.     Hästens has neither given permission nor licensed the right to CWD to use the Hästens Design Marks in connection with the Disputed Products, and therefore, CWD's unauthorized use of such marks constitutes infringement.

19.     On January 10, 2018, counsel for Hästens sent a letter to CWD (the "**Hästens Letter**") putting CWD on notice of Hästens' rights in and to the Hästens Design Marks.  A copy of the Hästens Letter sent to CWD is attached hereto as **Exhibit E**.

20.     On January 30, 2018, counsel for CWD responded to the Hästens Letter denying CWD's infringement and failing to confirm compliance with Hästens' demands in the Hästens Letter.

21.     As of the date of this Complaint, and notwithstanding having been put on actual and constructive notice of Hästens' rights in and to the Hästens Design Marks, Defendant continues to market, advertise, offer for sale and/or sell the Disputed Products, at the very least, via the CWD Website.

22.     Upon information and belief, Defendant advertises and offers for sale, in the same or similar channels of trade, the Disputed Products using marks that are identical and/or confusingly similar to one or more of the Hästens Design Marks, on and for goods that are identical and/or similar to and directly compete with those offered by Hästens.

23.     Upon information and belief, Hästens' dates of first use relative to one or more of the Hästens Design Marks, in connection with at least the goods and services set forth within the Hästens Registrations for the Hästens Design Marks, precede the earliest date Defendant can possibly claim as its date of first use of the infringing marks incorporated on or in connection with the Disputed Products.

24.     In particular, the Hästens '250 Registration has a constructive date of first use of May 5, 2000 and the Hästens '053 Registration has a constructive date of first use of June 22, 2009, which both precede the earliest date Defendant can possibly claim as its date of first use of the infringing marks incorporated on or in connection with the Disputed Products.

25.     Since Defendant was notified of Hästens' rights in and to the Hästens Design Marks in the Hästens Letter, Defendant's ongoing and continued advertising and/or sale of the Disputed Products constitutes knowing, intentional, and willful infringement.

26.     Upon information and belief, Defendant's manufacture, production, marketing, advertising, offering for sale and/or sale of the Disputed Products or otherwise, use of marks that infringe one or more of the Hästens Design Marks has caused, or is likely to cause, confusion, mistake and/or deception amongst actual and potential consumers as to the source of the goods and services within the meaning of § 2(d) of the Lanham Act, 15 U.S.C. § 1052(d), all to the severe detriment of Hästens.

27.     In view of the foregoing, Hästens has been damaged and will continue to be damaged by virtue of Defendant's ongoing and continued manufacture, production, marketing, advertising, offering for sale and/or sale of the Disputed Products and use of infringing marks and artwork.

## COUNT I
## Trademark Infringement
## (15 U.S.C. §1114(1))

28.     Hästens specifically hereby incorporates by reference the allegations asserted in each of the preceding paragraphs as if fully set forth herein.

29.     Without the authorization or consent of Hästens, Defendant has used and continues to use trademarks and/or designations that are identical, confusingly similar to, and/or a

-12-

reproduction, copy or colorable imitation of one or more of the Hästens Design Marks reflected in the Hästens Registrations.

30.     Furthermore, Defendant, by and through its manufacture, production, marketing, advertising, offering for sale and/or sale of the Disputed Products in U.S. commerce is directly competing with Hästens' sales, distribution, and advertisement of the very same or similar goods and under and through the Hästens Design Marks covered under the Hästens Registrations.

31.     Defendant's actions in manufacturing, producing, marketing, advertising, offering for sale and/or selling the Disputed Products continuously in commerce has occurred in the face of and notwithstanding having been on actual and constructive notice of Hästens' rights in the Hästens Design Marks reflected in the Hästens Registrations.

32.     Defendant's unauthorized use of trademarks and/or designations that are identical, confusingly similar to, a reproduction, copy or colorable imitation of one or more of the Hästens Design Marks reflected in the Hästens Registrations and in connection with  competing goods, is likely to cause consumer confusion, mistake, and/or deception in the relevant market(s) as to the origin of the goods and services, and/or as to whether Defendant is sponsored by/affiliated with, or is otherwise connected to Hästens, in violation of Section 32(1) of the Lanham Act, as amended, 15 U.S.C. § 1114(1).

33.     By using trademarks and/or designations that are identical, confusingly similar to, a reproduction, copy or colorable imitation of one or more of the Hästens Design Marks reflected in the Hästens Registrations, and by manufacturing, producing, marketing, advertising, offering for sale and/or selling the Disputed Products to the general public in connection with said marks and/or designations or confusingly similar variants thereof, for profit and without Hästens' authorization, Defendant is depriving Hästens of its exclusive right to control, use and otherwise benefit from its registered trademarks (along with other marks Hästens has applied for and/or uses at common law). If permitted to continue, Defendant's actions will nullify Hästens' right to exclusive use of its registered trademarks, free from infringement, and will have a substantial and adverse effect on Hästens' existing and projected future interstate business of marketing goods identified by the Hästens Design Marks.

34.     As a result of Defendant's infringing conduct, Hästens has suffered substantial damages in an amount to be proven at trial, but well in excess of the jurisdictional minimum, as well as the continuing loss of the goodwill and reputation established by Hästens under its federally registered and other marks.  This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Hästens has no adequate remedy at law. Hästens will continue to suffer irreparable harm unless this Court enjoins Defendant's conduct.

35.     By using, without Hästens' authorization, trademarks and designations that are identical, confusingly similar to, a reproduction, copy or colorable imitation of one or more of the Hästens Design Marks reflected in the Hästens Registrations and by manufacturing, producing, marketing, advertising, offering for sale and/or selling the Disputed Products to the general public in connection with the infringing marks, Defendant has intentionally and knowingly infringed Hästens' rights, thus making this an exceptional case under 15 U.S.C. § 1117(a).

## COUNT II
### Counterfeiting
### (15 U.S.C. § 1114(1)(a) and 1116(d))

36.     Hästens specifically hereby incorporates by reference the allegations asserted in each of the preceding paragraphs as if fully set forth herein.

37.     As set forth herein, Defendant has used and continues to use trademarks and/or designations that are identical with, or substantially indistinguishable from, and therefore counterfeits of one or more of the Hästens Design Marks reflected in the Hästens Registrations.

38.     Defendant, by and through its manufacture, production, marketing, advertising, offering for sale and/or sale of the Disputed Products in U.S. commerce is directly competing with Hästens' sales, distribution, and advertisement of the very same or similar goods and under and through one or more of the Hästens Design Marks covered under the Hästens Registrations.

39.     Defendant's actions in manufacturing, producing, marketing, advertising, offering for sale and/or selling the Disputed Products continuously in commerce has occurred in the face of and notwithstanding Hästens' express notice to Defendant regarding Hästens' prior and superior rights.

40.     Defendant's unauthorized use of trademarks and/or designations that are identical with, or substantially indistinguishable from, one or more of the Hästens Design Marks reflected in the Hästens Registrations and in connection with  competing goods is likely to cause consumer confusion, mistake, and/or deception in the relevant market(s) as to the origin of the goods and services, and/or as to whether Defendant is sponsored by/affiliated with, or is otherwise connected to Hästens, in violation of Section 32(1) of the Lanham Act, as amended, 15 U.S.C. § 1114(1).

41.     By using trademarks and/or designations that are identical with, or substantially indistinguishable from, one or more of the Hästens Design Marks reflected in the Hästens Registrations, and by manufacturing, producing, marketing, advertising, offering for sale and/or selling the Disputed Products to the general public in connection with said marks and/or designations or confusingly similar variants thereof, for profit and without Hästens' authorization, Defendant is depriving Hästens of its exclusive right to control, use and otherwise benefit from its registered trademarks (along with other marks Hästens has applied for and/or uses at common law). If permitted to continue, Defendant's actions will nullify Hästens' right to exclusive use of its registered trademarks, free from infringement, and will have a substantial and adverse effect on Hästens' existing and projected future interstate business of marketing goods identified by the Hästens Design Marks.

42.     As a result of Defendant's infringing and counterfeiting conduct, Hästens has suffered substantial damages in an amount to be proven at trial, but well in excess of the jurisdictional minimum, as well as the continuing loss of the goodwill and reputation established by Hästens under its federally registered and other marks.  This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Hästens has no adequate remedy at law.  Hästens will continue to suffer irreparable harm unless this Court enjoins Defendant's conduct.

43.     By using, without Hästens' authorization, trademarks and designations that are identical with, or substantially indistinguishable from, one or more of the Hästens Design Marks reflected in the Hästens Registrations and by manufacturing, producing, marketing, advertising, offering for sale and/or selling the Disputed Products to the general public in connection with the

infringing marks, Defendant has engaged in counterfeit activities and is entitled to equitable remedies and damages pursuant to 15 U.S.C. §§ 1116 and 1117, including but not limited to statutory damages pursuant to 15 U.S.C. § 1117(c) and its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

**COUNT III**
**Unfair Competition and False Designation of Origin**
**(15 U.S.C. §1125(a))**

44.      Hästens specifically hereby incorporates by reference each of the allegations asserted in the preceding paragraphs as if fully set forth herein.

45.      Defendant's unauthorized use of trademarks and/or designations that are identical and/or confusingly similar to one or more of the Hästens Design Marks in connection with the Disputed Products, which are identical and/or highly related goods, is likely to cause confusion, mistake, and/or deception among the general public as to the origin of the goods, or as to whether Defendant is sponsored by, affiliated with, originated from or otherwise connected with Hästens, in violation of Section 43(a) of the Lanham Act, as amended, 15 U.S.C. §1125(a).

46.      As a result of Defendant's infringing conduct, Hästens has suffered substantial commercial and other damages in an amount to be proven at trial, but well in excess of the jurisdictional minimum, as well as the continuing loss of the goodwill and reputation established by Hästens in its marks.  This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Hästens has no adequate remedy at law. Hästens will continue to suffer irreparable harm unless this Court enjoins Defendant's conduct.

47.      By violating 15 U.S.C. §1125(a) through the use of trademarks and designations that are identical, confusingly similar to, a reproduction, copy or colorable imitation of one or more of the Hästens Design Marks in connection with the selling, offering for sale, distributing, and/or advertising goods and services to the general public under and through the infringing marks, Defendant has intentionally and knowingly infringed Hästens' rights, thus making this an exceptional case under 15 U.S.C. § 1117(a).

## COUNT IV
**Unfair Competition**
**(Cal. Bus. & Prof. Code Section 17200)**

48.     Hästens specifically hereby incorporates by reference the allegations asserted in the preceding paragraphs as if fully set forth herein.

49.     Defendant's acts described above, including without limitation its manufacture, production, marketing, advertising, offering for sale and/or sale of the Disputed Products, which directly compete with Hästens' sales, distribution, and advertisement of the very same or similar goods, and under one or more of the Hästens Design Marks and/or confusingly similar marks or designations thereto without authorization, constitute unfair competition in violation of California Business and Professional Code §§ 17200 *et seq*., as they are likely to deceive, and are deceiving, the public.

50.     Defendant's acts of unfair competition have caused and will continue to cause Hästens irreparable harm.  Hästens has no adequate remedy at law for Defendant's unfair competition. Hästens is entitled to a judgment enjoining and restraining Defendant from engaging in further unfair competition, as well as restitutionary damages according to proof.

## COUNT V
**Common Law Trademark Infringement and Unfair Competition**

51.     Hästens specifically hereby incorporates by reference the allegations asserted in the preceding paragraphs as if fully set forth herein.

52.     Defendant's unauthorized use of trademarks and/or designations that are identical and/or confusingly similar to one or more of the Hästens Design Marks in connection with the Disputed Products, which are identical and/or highly related goods to Hästens' goods, is likely to cause confusion, mistake, and/or deception among the general public as to the origin of the goods, or as to whether Defendant are sponsored by, affiliated with, originated from or otherwise connected with Hästens, constitutes common law trademark infringement and unfair competition.

53.     Defendant has infringed upon one or more of the Hästens Design Marks, as alleged herein, with the intent to deceive the public into believing that the Disputed Products are approved by, sponsored by, or affiliated with Hästens.  Defendant's acts were committed with an intent to

FIRST AMENDED COMPLAINT

1   deceive and defraud the public.

2        54.    Hästens has been seriously and irreparably damaged by Defendant's continued

3   unauthorized use of one or more of the Hästens Design Marks and/or confusingly similar marks or

4   designations thereto.

5        55.    Hästens possesses no adequate remedy at law to address the damage caused by

6   Defendant's continued use of one or more of the Hästens Design Marks and/or confusingly similar

7   marks or designations thereto.

8                              **PRAYER FOR RELIEF**

9        **WHEREFORE**, Plaintiff Hästens Sängar AB respectfully requests that this Court:

10        i.    Enter an order preliminarily and permanently enjoining Defendant, and all persons

11              acting in concert with it, or purporting to act on its behalf or in active concert or in

12              participation therewith, from using Hästens' trademarks and any confusingly similar

13              marks or designations, and from continuing its unfair methods of competition and

14              unfair and deceptive acts and practices, and requiring Defendant to immediately

15              discontinue its current infringing practices and discontinue the manufacture,

16              production, marketing, advertising, offering for sale and/or sale of the Disputed

17              Products;

18        ii.   Enter judgment in favor of Hästens on each of the counts asserted herein and award

19              Hästens all damages caused by the acts forming the basis of this Complaint,

20              including, without limitation, Defendant's profits and Hästens' actual damages, as

21              well as Hästens' compensatory and restitutionary damages;

22        iii.  Award treble damages to Hästens pursuant to 15 U.S.C. §1117(b) due to

23              Defendant's willful, knowing, and intentional infringement of Hästens' trademarks;

24        iv.   Award of statutory damages to Hästens pursuant to 15 U.S.C. § 1117(c) due to

25              Defendant's counterfeiting of the Hästens' trademarks;

26        v.    Award all damages suffered by Hästens pursuant to California common law;

27        vi.   Enter an order requiring Defendant to pay Hästens the cost of this action and

28              Hästens' reasonable attorneys' fees pursuant to 15 U.S.C. §1117(a) and California

-18-

FIRST AMENDED COMPLAINT

common law;

vii.     Enter an order requiring Defendant to destroy all Disputed Products pursuant to 15 U.S.C. § 1118; and

viii.    Award Hästens such other and further relief as the Court deems just, proper and equitable.

## JURY DEMAND

Plaintiff Hästens Sängar AB hereby demands a trial by jury on all issues so triable, pursuant to Federal Rule of Civil Procedure 38.

Dated: August 19, 2020                          Respectfully submitted,

                                                **NIXON PEABODY LLP**


                                                By /s/ Robert A. Weikert

                                                Robert A. Weikert (Bar No. 121146)
                                                rweikert@nixonpeabody.com
                                                Andrew H. Winetroub (Bar No. 291847)
                                                awinetroub@nixonpeabody.com
                                                NIXON PEABODY LLP
                                                One Embarcadero Center
                                                San Francisco, California 94111-3600
                                                Tel: (415) 984-8200
                                                Fax: (415) 984-8300

                                                David L. May (*pro hac vice pending*)
                                                dmay@nixonpeabody.com
                                                Jennette W. Psihoules (*pro hac vice pending*)
                                                jpsihoules@nixonpeabody.com
                                                NIXON PEABODY LLP
                                                799 9th Street NW
                                                Washington, DC 20001-4501
                                                Tel: (202) 585-8000
                                                Fax: (202) 585-8080

                                                *Attorneys for Plaintiff Hästens Sängar AB*

FIRST AMENDED COMPLAINT

# EXHIBIT A

**Int. Cls.: 20 and 24**

**Prior U.S. Cls.: 2, 13, 22, 25, 32, 42 and 50**

Reg. No. 2,648,250

## United States Patent and Trademark Office

Registered Nov. 12, 2002

## TRADEMARK
### PRINCIPAL REGISTER



HASTENS SANGAR AB (SWEDEN CORPORA-
TION)
P.O. BOX 130
S-731 23 KOPING, SWEDEN

FOR: FURNITURE, NAMELY BEDS, BED-
STEADS AND BEDROOM FURNITURE; MIRRORS,
BEDROOM MIRRORS, PICTURE FRAMES; BED-
DING, NAMELY, MATTRESSES, SPRING MAT-
TRESSES, PILLOWS AND DOWN PILLOWS, IN
CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: TEXTILE PRODUCTS NOT INCLUDED IN
OTHER CLASSES, NAMELY BED COVERS AND
CURTAINS OF TEXTILE; BED LINEN, NAMELY,

SHEETS AND PILLOW CASES; DOWN QUILTS, BED
BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
SWEDEN APPLICATION NO. 00-03567, FILED 5-5-
2000, REG. NO. 350094, DATED 11-16-2001, EXPIRES
11-16-2011.

THE STIPPLING IN THE DRAWING IS A FEA-
TURE OF THE MARK AND IS NOT INTENDED TO
INDICATE COLOR.

SER. NO. 76-153,635, FILED 10-25-2000.

DAVID ELTON, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,813,053**
**Registered July 6, 2010**

**Int. Cls.: 20 and 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

HASTENS SANGAR AB (SWEDEN CORPORATION)
BOX 130
KOPING, SWEDEN 731-23

FOR: FURNITURE, INCLUDING BEDS, BEDSTEADS AND BEDROOM FURNITURE; MIRRORS INCLUDING BATHROOM MIRRORS; PICTURE FRAMES; MATTRESSES, SPRING MATTRESSES, PILLOWS AND DOWN PILLOWS , IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: WOVEN TEXTILES, NAMELY, SHEETS, TOWELS, BED BLANKETS; TEXTILE PRODUCTS NOT INCLUDED IN OTHER CLASSES, NAMELY, BED SPREADS AND CURTAINS OF TEXTILE; BED LINEN, BED CLOTHES INCLUDING BLANKETS AND PILLOW CASES; DOWN QUILTS, IN CLASS 24 (U.S. CLS. 42 AND 50).

OWNER OF ERPN CMNTY TM OFC REG. NO. 005207774, DATED 6-13-2007, EXPIRES 6-30-2016.

THE COLOR(S) BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

OWNER OF U.S. REG. NO. 2,648,250.

THE MARK CONSISTS OF A REPEATING PATTERN OF FOUR ADJOINING SQUARES, ONE IN THE COLOR WHITE AND THREE IN DIFFERENT SHADES OF THE COLOR BLUE.

SER. NO. 77-765,085, FILED 6-22-2009.

RUDY R. SINGLETON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,877,018**

**Registered Oct. 08, 2019**

**Int. Cl.: 20, 24, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 20: Furniture; Mattresses; Pillows; Beds

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 24: Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets and throws; down quilts

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 25: Clothes, namely, pajamas; Footwear, namely, slippers, down socks

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 35: Marketing services; retail store services and providing consumer product information featuring beds, bed steads, bed frames, bedroom furniture, mattresses, spring mattresses, overlay mattresses, pillows, down pillows, bed linen, sheets, bed sets, pillow cases, duvet covers, bed covers, bedspreads, mattress covers, bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets, throws, down quilts, pajamas, nightgowns, bathrobes, slippers and down socks, nightcaps, sleep masks and soft toys

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

The color(s) blue and white is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWEDEN APPLICATION NO. 2016/04557, FILED 06-28-2016, REG. NO. 534547, DATED 09-20-2016, EXPIRES 09-20-2026

The mark consists of a square composed of four smaller squares, one in the color white and three in different shades of the color blue.

SEC.2(F)

SER. NO. 87-278,761, FILED 12-22-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,947,305**

**Registered Dec. 31, 2019**

**Int. Cl.: 20, 24, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 20: Furniture; Mattresses; Pillows; Beds

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 24: Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed pillows, bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets and throws; down quilts

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 25: Clothes, namely, pajamas; Footwear, namely, slippers, down socks

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 35: Marketing services; retail store services and providing consumer product information featuring beds, bed steads, bed frames, bedroom furniture, mattresses, spring mattresses, overlay mattresses, pillows, down pillows, bed linen, sheets, bed sets, pillow cases, duvet covers, bed covers, bedspreads, mattress covers, bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets, throws, down quilts, pajamas, nightgowns, bathrobes, slippers and down socks, nightcaps, sleep masks and soft toys

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

Color is not claimed as a feature of the mark.

The mark consists of a square composed of four smaller squares in varying shades.

SEC.2(F)

SER. NO. 87-981,392, FILED 12-22-2016



*Andrei Lancu*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after  the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines  and  grace  periods  for  the  Declarations  of  Use  (or  Excusable  Nonuse)  are  identical  to  those  for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do  not  file  renewal  applications  at  the  USPTO.  Instead,  the  holder  must  file  a  renewal  of  the  underlying international  registration  at  the  International  Bureau  of  the  World  Intellectual  Property  Organization,  under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date  of  the  international  registration.  See  15  U.S.C.  §1141j.   For  more  information  and  renewal  forms  for  the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,970,178**

**Registered Jan. 28, 2020**

**Int. Cl.: 20, 24, 25**

**Trademark**

**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 20: Furniture; Mattresses; Pillows; Beds

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

CLASS 24: Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed valances, bed skirts, plaids, towels, quilts, blankets and throws; down quilts

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

CLASS 25: Clothes, namely, pajamas, nightgowns, bathrobes; Footwear, namely, slippers, down socks; Headgear, namely, night caps, sleep masks

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

The color(s) blue and white is/are claimed as a feature of the mark.

The mark consists of a repeating pattern of 4 adjoining squares, one in the color white and three in different shades of the color blue applied to all or a portion of the surface of the goods or their packaging.

SEC.2(F)

SER. NO. 87-980,479, FILED 12-22-2016



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,970,179**

**Registered Jan. 28, 2020**

**Int. Cl.: 20, 24, 25**

**Trademark**

**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 20: Furniture; Mattresses; Pillows; Beds

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

CLASS 24: Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed valances, bed skirts, plaids, towels, quilts, blankets and throws; down quilts

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

CLASS 25: Clothes, namely, pajamas, nightgowns, bathrobes; Footwear, namely, slippers, down socks; Headgear, namely, night caps, sleep masks

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

The mark consists of a repeating pattern of four adjoining squares applied to all or a portion of the goods or their packaging.

SEC.2(F)

SER. NO. 87-980,480, FILED 12-22-2016



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,950,959**

**Registered Dec. 31, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 25: Clothes, namely, nightgowns, bathrobes; Headgear, namely, night caps, sleep masks

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

The color(s) blue and white is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWEDEN APPLICATION NO. 2016/04557, FILED 06-28-2016, REG. NO. 534547, DATED 09-20-2016, EXPIRES 09-20-2026

The mark consists of a square composed of four smaller squares, one in the color white and three in different shades of the color blue.

SEC.2(F)

SER. NO. 87-980,943, FILED 12-22-2016



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,064,837**

**Registered May 26, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 25: Clothes, namely, nightgowns, bathrobes; Headgear, namely, night caps, sleep masks

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

Color is not claimed as a feature of the mark.

The mark consists of a square composed of four smaller squares in varying shades.

SEC.2(F)

SER. NO. 87-981,039, FILED 12-22-2016



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,072,194**

**Registered Jun. 09, 2020**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 24: Textile products, namely, canopies and bedroom curtains

FIRST USE 12-00-2019; IN COMMERCE 12-00-2019

Color is not claimed as a feature of the mark.

The mark consists of a repeating pattern of four adjoining squares applied to all or a portion of the surface of the identified goods. The dotted lines are intended to show the position of the pattern and are not part of the mark.

SEC.2(F)

SER. NO. 87-980,941, FILED 12-22-2016



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,072,195**

**Registered Jun. 09, 2020**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 24: Textile products, namely, canopies and bedroom curtains

FIRST USE 12-00-2019; IN COMMERCE 12-00-2019

The color(s) blue and white is/are claimed as a feature of the mark.

The mark consists of a repeating pattern of four adjoining squares, one in the color white and three in different shades of the color blue, applied to all or a portion of the surface of the identified goods. The dotted lines are intended to show the position of the pattern and are not part of the mark.

SEC.2(F)

SER. NO. 87-980,942, FILED 12-22-2016



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,700,061**

**Registered Mar. 19, 2019**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

Hastens Sangar AB  (SWEDEN CORPORATION)
Box 130
731 23 Koping, SWEDEN

CLASS 20: beds; mattresses sold as a component of beds; spring mattresses sold as a component of beds

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

The color(s) blue and white is/are claimed as a feature of the mark.

The mark consists of a three-dimensional configuration of a bed having applied to it a repeating pattern of four adjoining squares, one in the color white and the other three in various shades of blue. The broken lines depicting the shape, top, and bottom of the mattress, the legs of the platform, and the supports on the corners indicate placement of the mark on the goods and are not part of the mark.

OWNER OF U.S. REG. NO. 3813053

SEC.2(F)

SER. NO. 86-585,217, FILED 04-02-2015

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT B

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, December 17, 2012 11:01 PM |
| **To:** | trademarks@hblaw.com |
| **Subject:** | Trademark RN 2648250: Official Notice of Acceptance and Renewal under Sections 8 and 9 of the Trademark Act |

**Serial Number:**  76153635
**Registration Number:**  2648250
**Registration Date:**  Nov 12, 2002
**Mark:**  Miscellaneous Design
**Owner:**  HASTENS SANGAR AB

Dec 17, 2012

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
020, 024

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76153635.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, January 29, 2016 11:00 PM |
| **To:** | ip@barclaydamon.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3813053: Miscellaneous Design: Docket/Reference No. 3040949 |

**Serial Number:**  77765085
**Registration Number:**  3813053
**Registration Date:**   Jul 6, 2010
**Mark:**  Miscellaneous Design
**Owner:**  Hastens Sangar AB

Jan 29, 2016

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
020, 024

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77765085.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# EXHIBIT C



Beds    Accessories    Designers    Heritage    Mastery    Sleep    Store Locator    My Hästens



## READY-TO-SLEEP
### THE BLUE CHECK COLLECTION

DISCOVER COLLECTION ›

# BEDS

READ MORE ›



**BE AWAKE FOR THE FIRST TIME IN YOUR LIFE®**

## ACCESSORIES

READ MORE ›



## DESIGNERS

READ MORE ›



## HERITAGE

READ MORE ›



## MASTERY

READ MORE ›



## SLEEP

READ MORE ›



## NATURAL MATERIALS

READ MORE ›



## A TRUE BEDTIME STORY





Enter a world of rich images and enticing product descriptions. The Hästens Catalog is the perfect opening to your true Hästens bedtime story.

I'D LOVE YOUR FREE CATALOGUE



# YOUR SPINE NEEDS YOU TO KNOW

READ MORE ›





# STORE LOCATOR

FIND YOUR NEAREST STORE ›

Sign up for news | Enter your email address | SIGN UP

## We sleep. Do you?®

Partnership | Careers | FAQ | Product care | Certified Quality | Interior Design Collaborations

Terms of use | Book a visit | Request a catalog | Privacy Policy | Press





**This website uses cookies**

We use cookies to personalise content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners who may combine it with other information that you've provided to them or that they've collected from your use of their services. You consent to our cookies if you continue to use our website.

Use necessary cookies only | Allow all cookies | Show details

Fri Jan 10 2020 10:50:38 GMT-0500 (Eastern Standard Time) https://www.hastens.com/us/beds



Beds   Accessories   Designers   Heritage   Mastery   Sleep   Store Locator   My Hästens



           

MARQUIS   EXCEL   SUPERIA   MARANGA   EALA   HERLEWING   2000T   APPALOOSA   MARWARI   VIVIDUS   ADJUSTABLE   MATTRESSES



**HÄSTENS**

# MARQUIS®

Our entire philosophy in one bed.

**SHOW ME THE BED ›**

**HÄSTENS**

# EXCEL®

Strong and silent. An energy-boosting sanctuary.

**SHOW ME THE BED ›**



HÄSTENS

# SUPERIA®

The best frame bed we have ever built.

**SHOW ME THE BED ›**



**HÄSTENS**
# MARANGA®

The epitome of cloud-like comfort.

**SHOW ME THE BED ›**

**HÄSTENS**
# EALA®

The bed that unites sturdiness with fluffiness.

SHOW ME THE BED ›



**HÄSTENS**
# HERLEWING®

Three spring systems to raise you to a higher dimension of relaxation.

SHOW ME THE BED ›





**HÄSTENS**
# 2000T®

The bed of all our beds.

SHOW ME THE BED ›





**HÄSTENS**

# APPALOOSA®

by **BERNADOTTE & KYLBERG**

The opposite of understatement.

SHOW ME THE BED ›



**HÄSTENS**

# MARWARI®

Case 5:20-cv-00280-EJD Document 34 Filed 08/19/20 Page 56 of 136

# MARWARI
by **BERNADOTTE & KYLBERG**

Stylish refinement of the minutest details.

SHOW ME THE BED ›



HÄSTENS
# VIVIDUS®

Our most exclusive bed.

SHOW ME THE BED ›





HÄSTENS

# ADJUSTABLE®

A most accommodating bed.

SHOW ME THE BED ›



# A TRUE BEDTIME STORY

Enter a world of rich images and enticing product descriptions. The Hästens Catalog is the perfect opening to your true Hästens bedtime story.

**I'D LOVE YOUR FREE CATALOGUE**



# STORE LOCATOR

**FIND YOUR NEAREST STORE ›**

Sign up for news    Enter your email address    **SIGN UP**

# We sleep. Do you?®

Partnership  |  Careers  |  FAQ  |  Product care  |  Certified Quality  |  Interior Design Collaborations

Terms of use  |  Book a visit  |  Request a catalog  |  Privacy Policy  |  Press





**This website uses cookies**

We use cookies to personalise content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners who may combine it with other information that you've provided to them or that they've collected from your use of their services. You consent to our cookies if you continue to use our website.

Use necessary cookies only     Allow all cookies          Show details

Hästens
*since 1852*

Beds     Accessories     Designers     Heritage     Mastery     Sleep     Store Locator          My Hästens

PILLOWS     DOWN QUILTS     BED LINEN     HEADBOARDS AND COVERS     BED SKIRTS     BED LEGS     MATTRESS COVERS     PERSONAL ACCESSORIES     CHILDREN'S COLLECTION

## HÄSTENS
# PILLOWS

SHOW ALL PILLOWS ›



## HÄSTENS
# DOWN QUILTS

SHOW ALL DOWN QUILTS ›



## HÄSTENS
# BED LINEN

SHOW ALL BED LINEN ›





**HÄSTENS**

# HEADBOARDS AND COVERS

SHOW ALL HEADBOARDS AND COVERS ›







HÄSTENS
# BED SKIRTS

SHOW ALL BED SKIRTS ›



HÄSTENS
# BED LEGS

SHOW ALL BED LEGS ›





HÄSTENS
# MATTRESS COVERS

SHOW ALL MATTRESS COVERS ›





## HÄSTENS
# PERSONAL ACCESSORIES

SHOW ALL PERSONAL ACCESSORIES ›



HÄSTENS

# CHILDREN'S COLLECTION

SHOW ALL CHILDREN'S COLLECTION ›



# A TRUE BEDTIME STORY

Enter a world of rich images and enticing product descriptions. The Hästens Catalog is the perfect opening to your true Hästens bedtime story.

**I'D LOVE YOUR FREE CATALOGUE**



# STORE LOCATOR

**FIND YOUR NEAREST STORE ›**

Sign up for news    Enter your email address    SIGN UP

## We sleep. Do you?®

Partnership | Careers | FAQ | Product care | Certified Quality | Interior Design Collaborations

Terms of use | Book a visit | Request a catalog | Privacy Policy | Press





**This website uses cookies**

We use cookies to personalise content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners who may combine it with other information that you've provided to them or that they've collected from your use of their services. You consent to our cookies if you continue to use our website.

Use necessary cookies only    Allow all cookies    Show details

Fri Jan 10 2020 10:51:25 GMT-0500 (Eastern Standard Time) https://www.hastens.com/us/heritage/blue-check

**Hästens** since 1852

Beds     Accessories     Designers     **Heritage**     Mastery     Sleep     Store Locator     🔍     **My Hästens**

Spirit of Excellence     Legacy     Blue Check     Royal Court

# HÄSTENS BLUE CHECK, OUR UTILITARIAN STANDARD BEARER

On the face of it you might think Hästens Blue Check is a nice pattern—easy on the eye, with a color gradient that looks great on a bed. Yet the blue check we use on our beds is more than just a fabric or pattern. It has many roles to play; as a standard, as a means of communication and one of our most important quality-assurance tools.



## REPRESENTING THE BEST SLEEP SINCE 1978

Hästens blue check was created in 1978 by our own Jack Ryde, father of current owner and executive chairman, Jan Ryde. He was fascinated by arts and design and set out to draft a fresh, distinctive pattern (in a fabric of highest quality) to represent the brand. When his blue check was introduced at a furniture trade fair in Sweden it drew criticism from journalists who, at the time, believed this eye-catching design was at odds with the trend for shades of brown, green and orange. The blue and white checkered Hästens upholstery was unlike anything ever seen on a bed before. Today we know that developing blue check was a wise decision; and it's a design which has grown to define Hästens.

## A PATENTED ICON OF QUALITY

The functional design and innovative weave has made Hästens blue check an icon of bedding culture and a guarantee of authentic quality. Only Hästens and its devoted master craftsmen can combine the finest natural materials with the art of bed-making. The Hästens check pattern, name and logo are registered with the Patent and Registration Office of Sweden, which means that only a Hästens bed can use these trademarks worldwide. In some countries, the checks are registered three-dimensionally



on beds, mattresses and collections, giving Hästens exclusive rights to use the pattern on its products.





## PERFECT SLEEP IS WOVEN INTO THE SEAMS OF OUR SIGNATURE CHECK

The classic Hästens check is a jacquard woven fabric, made of 100 percent cotton of the highest quality and eco-friendly dyed in compliance with Oeko-Tex standard 100. The dense, lustrous fabric is woven with twined cotton, with as many as 45 threads per square centimeter (290 threads per square inch), engineered into bolsters with precision accuracy.

Blue check acts as a physical alignment tool for our craftsmen, to give the right shape to our products. Throughout the Hästens factory, blue check is the grid from which quality and alignment are measured; to



## COLORWAYS

Hästens beds are not only available in our classic blue check. You can choose from many colors to personalize your bed: classic blue, black, beige, graphite, silver grey, white, royal navy, solid black, solid brown, solid sand and even the striped S12. Visit your local Hästens store or hastens.com to see all the available options.

SHOW ALL COLORS ›

## STORE LOCATOR

FIND YOUR NEAREST STORE ›

Sign up for news

Enter your email address

SIGN UP

We sleep. Do you?®

Partnership | Careers | FAQ | Product care | Certified Quality | Interior Design Collaborations

Terms of use | Book a visit | Request a catalog | Privacy Policy | Press





**This website uses cookies**

We use cookies to personalise content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners who may combine it with other information that you've provided to them or that they've collected from your use of their services. You consent to our cookies if you continue to use our website.

Use necessary cookies only | Allow all cookies

Show details

# EXHIBIT D

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN WILSON

SEARCH 🔍    MY ACCOUNT 👤    ♡    🛒 

NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY

## SEARCH RESULTS FOR: "CHECK"







GRANDE CHECK IN NIGHTFALL

$150.00

NAVY BUFFALO CHECK
MOUSEPAD

$12.00

CRAWFORD CHECK FABRIC
SWATCH

$2.00







CAITLIN WILSON

SEARCH 🔍    MY ACCOUNT 👤    ♡    🛒

NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY





SEAGLASS CHECK FABRIC
SWATCH

$2.00

GRANDE CHECK IN FRENCH BLUE

$150.00

GRANDE CHECK THROW IN SAND

$130.00







GRANDE CHECK THROW IN AZURE

$130.00

GRANDE CHECK THROW IN NAVY

$130.00

SILK CHECK PILLOW IN ROYAL

$88.00 - $108.00







CAITLIN W WILSON

SEARCH 🔍   MY ACCOUNT 👤   ♡   🛍

NEW ARRIVALS          RUGS          PILLOWS          WALLPAPER          FURNITURE          LIGHTING          DÉCOR SHOP          HOLIDAY







GRANDE CHECK THROW IN DOVE

$130.00

NAVY BURNSIDE BUFFALO CHECK PILLOW

$65.00 - $80.00

BLUSH BURNSIDE BUFFALO CHECK PILLOW

$68.00 - $98.00







BLACK BURNSIDE BUFFALO

BLUSH BURNSIDE BUFFALO

BLACK BUFFALO CHECK PHONE

CHECK PILLOW
$65.00 - $80.00

CHECK SWATCH
$2.00

COVER
$49.00 - $64.00



CAITLIN W WILSON

SEARCH    MY ACCOUNT

NEW ARRIVALS     RUGS     PILLOWS     WALLPAPER     FURNITURE     LIGHTING     DÉCOR SHOP     HOLIDAY



BLACK BURNSIDE BUFFALO
CHECK SWATCH

$2.00

NAVY BURNSIDE BUFFALO CHECK
SWATCH

$2.00

LILAC BURNSIDE BUFFALO
CHECK SWATCH

$2.00





BURNSIDE BUFFALO CHECK IN
BLACK WALLPAPER

$185.00

BURNSIDE BUFFALO CHECK IN
NAVY WALLPAPER

$185.00

SILK CHECK IN LILAC FABRIC
SWATCH

$2.00

CAITLIN W WILSON

SEARCH    MY ACCOUNT

NEW ARRIVALS     RUGS     PILLOWS     WALLPAPER     FURNITURE     LIGHTING     DÉCOR SHOP     HOLIDAY





NEW! SILK CHECK PILLOW IN LILAC

$88.00 - $108.00

GRANDE CHECK IN NIGHTFALL WALLPAPER SWATCH

$5.00

SILK CHECK IN ROYAL FABRIC SWATCH

$2.00

  

GRANDE CHECK IN BLUSH

BLACK BURNSIDE BUFFALO CHECK FABRIC SWATCH

COATED CANVAS - NAVY BURNSIDE BUFFALO CHECK

   

CAITLIN WILSON

SEARCH 🔍    MY ACCOUNT 👤    ♡    🛍 0



NEW ARRIVALS          RUGS          PILLOWS          WALLPAPER          FURNITURE          LIGHTING          DÉCOR SHOP          HOLIDAY

 

NAVY BURNSIDE BUFFALO CHECK FABRIC SWATCH

$2.00

BLUSH BURNSIDE BUFFALO CHECK FABRIC SWATCH

$2.00

BURNSIDE BUFFALO CHECK IN NAVY WALLPAPER SAMPLE

$5.00

  



CAITLIN WILSON

SEARCH 🔍   MY ACCOUNT 👤   ♡   🛍️ 0

NEW ARRIVALS          RUGS          PILLOWS          WALLPAPER          FURNITURE          LIGHTING          DÉCOR SHOP          HOLIDAY





BURNSIDE BUFFALO CHECK IN
NAVY WALLPAPER SWATCH

$5.00

COATED CANVAS - NAVY
BURNSIDE BUFFALO CHECK
SWATCH

$1.00

COATED CANVAS - NAVY
BURNSIDE BUFFALO CHECK
FABRIC SWATCH

$2.00







CAITLIN WILSON

SEARCH 🔍   MY ACCOUNT 👤   ♡   🛍️ 0



NEW ARRIVALS          RUGS          PILLOWS          WALLPAPER          FURNITURE          LIGHTING          DÉCOR SHOP          HOLIDAY

  

BARCLAY SWIVEL CHAIR

$1,928.00 - $3,498.00

HUDSON SWIVEL GLIDER

$1,698.00 - $3,228.00

PALMER SOFA

$2,948.00 - $5,458.00

  



CAITLIN W WILSON

SEARCH 🔍   MY ACCOUNT 👤  ♡  🛒

NEW ARRIVALS          RUGS          PILLOWS          WALLPAPER          FURNITURE          LIGHTING          DÉCOR SHOP          HOLIDAY

  

GRANDE PLAID PILLOW IN
EVENTIDE

$68.00 - $88.00

GRANDE PLAID PILLOW IN NAVY

$68.00 - $88.00

GREY GINGHAM FABRIC

$40.00



CAITLIN WILSON

SEARCH  MY ACCOUNT

NEW ARRIVALS          RUGS          PILLOWS          WALLPAPER          FURNITURE          LIGHTING          DÉCOR SHOP          HOLIDAY

GRANDE PLAID WALLPAPER IN
EVENTIDE

$150.00

BLACK GINGHAM FABRIC

$40.00

1  2  3  NEXT »

*Join Our Mailing List!*

ENTER EMAIL



THE COMPANY
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

CUSTOMER CARE
CONTACT US
SHIPPING &
HANDLING
RETURNS &
EXCHANGES
PRIVACY POLICY
FAQ

TRADE
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN WILSON

SEARCH 🔍    MY ACCOUNT 👤  ♡  🛍

NEW ARRIVALS        RUGS        PILLOWS        WALLPAPER        FURNITURE        LIGHTING        DÉCOR SHOP        HOLIDAY

# SEARCH RESULTS FOR: "CHECK"







MADELEINE ARMCHAIR IN GREY

$278.00

MADELEINE ARMCHAIR IN BLACK

$278.00

MADELEINE ARMCHAIR IN NAVY

$278.00











CAITLIN WILSON

SEARCH 🔍    MY ACCOUNT 👤  ♡  🛍

NEW ARRIVALS        RUGS        PILLOWS        WALLPAPER        FURNITURE        LIGHTING        DÉCOR SHOP        HOLIDAY









NAVY GINGHAM PILLOW

$68.00 - $88.00

GREY GINGHAM PILLOW

$68.00 - $88.00

BLACK GINGHAM PILLOW

$68.00 - $88.00

  

BACKLESS COUNTER STOOL IN NAVY

$268.00

BACKLESS COUNTER STOOL IN FRENCH BLUE

$268.00

BACKLESS COUNTER STOOL IN GREY

$268.00

CAITLIN WILSON

SEARCH 🔍    MY ACCOUNT 👤   ♡   🛍

NEW ARRIVALS          RUGS          PILLOWS          WALLPAPER          FURNITURE          LIGHTING          DÉCOR SHOP          HOLIDAY

  

PALOMA COUNTER STOOL IN GREY

$358.00

PALOMA SIDE CHAIR IN NAVY

$268.00

MADELEINE COUNTER STOOL IN GREY

$378.00

  

PETITE PLAID SHAM IN EVENTIDE

PETITE PLAID SHAM IN NAVY



GRANDE PLAID SHAM IN NAVY

$36.00 - $40.00

GRANDE PLAID SHAM IN EVENTIDE

$36.00 - $40.00

PALOMA BENCH IN NAVY

$998.00

BLACK GINGHAM FABRIC SWATCH

$2.00

PALOMA BENCH IN FRENCH BLUE

$998.00

MADELEINE BENCH IN NAVY

$1,068.00







CAITLIN W WILSON

SEARCH 🔍   MY ACCOUNT 👤  ♡  🛍

NEW ARRIVALS        RUGS        PILLOWS        WALLPAPER        FURNITURE        LIGHTING        DÉCOR SHOP        HOLIDAY

GRANDE PLAID IN NAVY FABRIC SWATCH

$2.00

GRANDE PLAID IN EVENTIDE FABRIC SWATCH

$2.00

EVENTIDE

$110.00 - $160.00







PETITE PLAID DUVET COVER IN NAVY

$110.00 - $160.00

GRANDE PLAID DUVET COVER IN NAVY

$110.00 - $160.00

GRANDE PLAID DUVET COVER IN EVENTIDE

$110.00 - $160.00




CAITLIN W WILSON

SEARCH 🔍   MY ACCOUNT 👤  ♡  🛍



NEW ARRIVALS        RUGS        PILLOWS        WALLPAPER        FURNITURE        LIGHTING        DÉCOR SHOP        HOLIDAY

GRANDE PLAID IN EVENTIDE
WALLPAPER SWATCH

$5.00

#SHAREYOURCWT ROUND-UP

VINTAGE MODERN KIDS ROOM
MAKEOVER WITH DESTINATION
NURSERY



SAN JUAN ENTRYWAY

BREE'S BEAUTIFUL KITCHEN

CHEERFUL PLAYROOM

CAITLIN WILSON

 SEARCH   MY ACCOUNT   ♡   🛒

NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY

COCO & JACK ONE ROOM
CHALLENGE REVEAL

ONE ROOM CHALLENGE
MAKEOVER

COUNTDOWN TO CW WALLPAPER





CAITLIN'S FAVORITES: TABLE LAMPS

#SHAREYOURCWT ROUNDUP

LIVI LOVES RIKSHAW

CAITLIN WILSON

SEARCH    MY ACCOUNT   ♡   🛍

NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY

#SHAREYOURCWT ROUND-UP

CLASSIC INSPIRATION

WELCOME NEW SPONSOR: GIOVANNA LOU

THE SONOMA COLLECTION: ANATOMY OF A ROOM

#SHAREYOURCWT ROUND-UP

DECORATING WITH METALLICS

CAITLIN WILSON

SEARCH    MY ACCOUNT   ♡   🛍

CAITLIN WILSON

SEARCH    MY ACCOUNT   ♡   🛍

NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY

A BEAUTIFUL BRUNCH WITH
MONIKA HIBBS

DESK ESSENTIALS TO MAKE IT
HAPPEN

« PREVIOUS  1  2  3  NEXT »

*Join Our Mailing List!*

ENTER EMAIL

 

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING &
HANDLING
RETURNS &
EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN WILSON

SEARCH 🔍   MY ACCOUNT 👤  ♡  🛒

NEW ARRIVALS        RUGS        PILLOWS        WALLPAPER        FURNITURE        LIGHTING        DÉCOR SHOP        HOLIDAY

# SEARCH RESULTS FOR: "CHECK"

No image          No image          No image

SHIPPING & HANDLING        CAITLIN WILSON SAN FRANCISCO        WALLPAPER FAQS
                            DESIGN SHOP





CAITLIN WILSON

SEARCH 🔍   MY ACCOUNT 👤  ♡  🛒

NEW ARRIVALS        RUGS        PILLOWS        WALLPAPER        FURNITURE        LIGHTING        DÉCOR SHOP        HOLIDAY

PETITE PLAID FABRIC IN NAVY        PETITE PLAID PILLOW IN NAVY        CW SUMMER FURNITURE
                                                                     COLLECTION
$40.00                             $68.00 - $88.00





GRANDE PLAID WALLPAPER IN FLAX

$150.00

PETITE PLAID PILLOW IN EVENTIDE

$68.00 - $88.00

GRANDE CHECK THROW IN BLUSH

$130.00

CAITLIN WILSON

SEARCH 🔍   MY ACCOUNT 👤   ♡   🛍

NEW ARRIVALS        RUGS        PILLOWS        WALLPAPER        FURNITURE        LIGHTING        DÉCOR SHOP        HOLIDAY




NAVY BURNSIDE BUFFALO CHECK FABRIC

$65.00

BLACK BURNSIDE BUFFALO CHECK FABRIC

$65.00

GRANDE CHECK THROW IN SOFT BLUE

$130.00










NEW ARRIVALS          RUGS          PILLOWS          WALLPAPER          FURNITURE          LIGHTING          DÉCOR SHOP          HOLIDAY

NAVY GINGHAM FABRIC

$40.00

GRANDE PLAID FABRIC IN EVENTIDE

$40.00

GRANDE PLAID FABRIC IN NAVY

$40.00

CAITLIN WILSON

SEARCH          MY ACCOUNT          ♡

NEW ARRIVALS          RUGS          PILLOWS          WALLPAPER          FURNITURE          LIGHTING          DÉCOR SHOP          HOLIDAY

CAITLIN WILSON X SOLLY BABY WRAP IN PEONY

$80.00

CAITLIN WILSON X SOLLY BABY SWADDLE DUO

$60.00

PETITE PLAID FABRIC IN EVENTIDE

$40.00

« PREVIOUS   1   2   3



*Join Our Mailing List!*

ENTER EMAIL

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY

**TRADE**
REGISTER/LOGIN

SHOWROOMS

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

# CAITLIN WILSON

SEARCH 🔍   MY ACCOUNT 👤   ♡   🛍

NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY



‹    ›

## Grande Check in Nightfall

### $150.00

Size

[ DOUBLE ROLL ]

Quantity

[ 1 ▾ ]

# CAITLIN WILSON

SEARCH 🔍   MY ACCOUNT 👤   ♡   🛍

NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY





statement in any space, small or great. We love it for nurseries, bathrooms, laundry rooms and more! Designed by Caitlin Wilson and hand screen printed on coated paper manufactured in the USA. This high-quality paper is designed to be extremely durable and fade resistant.

*All sales final.*

▸  DETAILS & DIMENSIONS
▸  SHIPPING INFO

*Join Our Mailing List!*

ENTER EMAIL

THE COMPANY
ABOUT CAITLIN
CAREERS

CUSTOMER CARE
CONTACT US
SHIPPING &

TRADE
REGISTER/LOGIN

ENTER EMAIL

 

BLOG

CAREERS

LOOKBOOK

PORTFOLIO

PRESS

SHOWROOMS

RETURNS & EXCHANGES

PRIVACY POLICY

FAQ

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN WILSON

SEARCH 🔍    MY ACCOUNT 👤    ♡    🛒

| NEW ARRIVALS | RUGS | PILLOWS | WALLPAPER | FURNITURE | LIGHTING | DÉCOR SHOP | HOLIDAY |



## Navy Buffalo Check Mousepad

$12.00

Quantity

1 ▾

CAITLIN WILSON

SEARCH 🔍    MY ACCOUNT 👤    ♡    🛒

| NEW ARRIVALS | RUGS | PILLOWS | WALLPAPER | FURNITURE | LIGHTING | DÉCOR SHOP | HOLIDAY |



▸ SHIPPING INFO



*Join Our Mailing List!*

ENTER EMAIL

  

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

# CAITLIN WILSON

NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY



## Grande Check in French Blue

### $150.00

Size

DOUBLE ROLL

Quantity

1

**ADD TO BAG**

Grande Check in
French Blue
Wallpaper Swatch

ADD

Classic meets color in this oversized check wallpaper.
Make a statement in your laundry room, nursery, or
powder baths with this bold beauty. Designed and
hand screen printed on coated paper manufactured in
the USA.  This high-quality paper is designed to be
extremely durable and fade resistant.

*All sales are final.*

▶  DETAILS & DIMENSIONS

▶  SHIPPING INFO

*Join Our Mailing List!*

ENTER EMAIL

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING &
HANDLING
RETURNS &
EXCHANGES
PRIVACY
POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! **SHOP NOW**



CAITLIN WILSON



NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY





# Grande Check Throw in Azure



## $130.00



Quantity

1 ▾

**ADD TO BAG**   ♡

Supremely soft and incredibly functional, our Italian throw is the perfect accent to any space. This signature Caitlin Wilson throw features a check pattern in a variety of gorgeous colors. Toss it over an armchair, layer it on a bed, or mix it with pillows to add texture and warmth.

▶  DETAILS & DIMENSIONS

▶  SHIPPING INFO

# PERFECT PAIRINGS JUST FOR YOU...







Blush Burnside Buffalo
Check Pillow

*Join Our Mailing List!*

ENTER EMAIL

  

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW



CAITLIN WILSON



NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY





## Grande Check Throw in Navy

$130.00

Quantity

1 ▾

**ADD TO BAG**    

Supremely soft and incredibly functional, our Italian throw is the perfect accent to any space. This signature Caitlin Wilson throw features a check pattern in a variety of gorgeous colors. Toss it over an armchair, layer it on a bed, or mix it with pillows to add texture and warmth.

▶   DETAILS & DIMENSIONS

## PERFECT PAIRINGS JUST FOR YOU...







Blush Burnside Buffalo Check Pillow

*Join Our Mailing List!*

ENTER EMAIL

  

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN



SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN WILSON

NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY

## Silk Check Pillow in Royal

$88.00

Size

14"X20"    20"X20"    16"X26"    24"X24"

Quantity

1

ADD TO BAG

Tradition meets everyday chic in our latest and greatest mid-scale check. Sophisticated and effortlessly chic in a robust royal blue silk, it coordinates with blues from soft mist to deep royal and complements endlessly with pinks, purples, and

CAITLIN WILSON

NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY

SHIPPING INFO

## YOU MAY ALSO NEED...



### Down Feather Inserts

$24.00

VIEW FULL DETAILS

14"X20"    20"X20"    16"X26"

24"X24"    26"X26"    14"X24"

Quantity

1

ADD TO BAG

## PERFECT PAIRINGS JUST FOR YOU...




Scallop Trim Pillow in
Navy



Mayfair Pillow in Thistle

Papillon Pillow in Navy

*Join Our Mailing List!*

ENTER EMAIL

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

CAITLIN W WILSON

NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY





## Grande Check in Nightfall Wallpaper Swatch

$5.00

Quantity

1

**ADD TO BAG**

Grande Check in Nightfall

**ADD**

Classic black and undeniably bold, this oversized check wallpaper makes a statement in any space, small or great. We love it for nurseries, bathrooms, laundry rooms and more! Designed by Caitlin Wilson and hand screen printed on coated paper manufactured in the USA. This high-quality paper is designed to be extremely durable and fade resistant.

*All sales final.*

▶ DETAILS & DIMENSIONS

▶ SHIPPING INFO

*Join Our Mailing List!*

ENTER EMAIL

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN  WILSON

NEW ARRIVALS     RUGS     PILLOWS     WALLPAPER     FURNITURE     LIGHTING     DÉCOR SHOP     HOLIDAY





## Silk Check in Royal Fabric Swatch

$2.00

Quantity

1

**ADD TO BAG**

Tradition meets everyday chic in our latest and greatest mid-scale check. Sophisticated and effortlessly chic in a robust royal blue silk, it coordinates with blues from soft mist to deep royal and complements endlessly with pinks, purples, and greens.

*Please allow 2-3 business days for order processing and 3-5 business days for shipping.*

▸ DETAILS & DIMENSIONS

▸ SHIPPING INFO

*Join Our Mailing List!*

ENTER EMAIL

  

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN WILSON



NEW ARRIVALS   RUGS   PILLOWS   WALLPAPER   FURNITURE   LIGHTING   DÉCOR SHOP   HOLIDAY



## Grande Check in Blush Wallpaper Sample

$5.00

Quantity

1

**ADD TO BAG**   

*Oversized and bold, this two tone blush buffalo check wallpaper works beautifully for bedrooms, nurseries, and powder baths.*

Designed by Caitlin Wilson in Portland, OR and hand screen printed in Chicago, IL on coated paper manufactured in the USA. This high quality paper is designed to be extremely durable and fade resistant.

Horizontal: 14"
Vertical Repeat: 14"

Each roll is 28" wide x 30' long (this is a double roll size)

Wallpaper ships in 6-8 weeks. Samples are available. All sales final.

**PLEASE NOTE: THESE PANELS ARE SMALLER THAN A TRADITIONAL ROLL DUE TO PATTERN SIZE. PLEASE CONSULT YOUR WALLPAPER HANGER AS IT WILL REQUIRE MORE THAN USUAL.
*WE SUGGEST LOOKING AT OUR RECOMMENDATIONS PAGE PRIOR TO ORDERING.*

Samples ship in 3-5 business days.

*Join Our Mailing List!*

ENTER EMAIL

  

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN WILSON



NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY





## Black Burnside Buffalo Check Fabric Swatch

$2.00

Quantity

 1 ▾

 ADD TO BAG    ♡

 Black Burnside Buffalo Check Pillow    ADD

A classic check re-invented in black.

*Please allow 3-5 days for order processing and 7-10 days for shipping.*

▸  DETAILS & DIMENSIONS

▸  SHIPPING INFO

*Join Our Mailing List!*

ENTER EMAIL

   

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN W WILSON



NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY





# COATED CANVAS - Navy Burnside Buffalo Check

## $65.00

Size

PER YARD

Quantity

1 ▾

**ADD TO BAG**

COATED CANVAS -
Navy Burnside Buffalo
Check Fabric Swatch

ADD

Classic navy buffalo check reinvented with painterly strokes. You'll love our coated canvas for bench cushions and barstools with your little people and pets. Please note that coated canvas is not water-resistant, stain-resistant, nor is it oil-cloth. It has a light water resistance which can still stain with certain kinds of spills.

*All sales final. Please allow 3-5 days for order processing and 7-10 days for shipping.*

▸  DETAILS & DIMENSIONS

▸  SHIPPING INFO

*Join Our Mailing List!*

ENTER EMAIL

  

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

# CAITLIN W WILSON



NEW ARRIVALS     RUGS     PILLOWS     WALLPAPER     FURNITURE     LIGHTING     DÉCOR SHOP     HOLIDAY





## Navy Burnside Buffalo Check Fabric Swatch

### $2.00

Quantity

 1



**ADD TO BAG**     

Navy Burnside Buffalo Check Pillow          **ADD**

A classic check re-invented in shades of navy.

*Please allow 3-5 days for order processing and 7-10 days for shipping.*

▶  DETAILS & DIMENSIONS

▶  SHIPPING INFO

*Join Our Mailing List!*

ENTER EMAIL

    

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

Wed Dec 04 2019 13:30:09 GMT-0500 (Eastern Standard Time) https://caitlinwilson.com/products/blush-burnside-buffalo-check-fabric-swatch?_pos=296&_sid=f62ed6579&_ss=r

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN WILSON

NEW ARRIVALS      RUGS      PILLOWS      WALLPAPER      FURNITURE      LIGHTING      DÉCOR SHOP      HOLIDAY



# Blush Burnside Buffalo Check Fabric Swatch

## $2.00

Quantity

1

**ADD TO BAG**

Blush Burnside
Buffalo Check Pillow

**ADD**

A classic check re-invented in shades of blush.

*Please allow 2-3 business days for order processing and 3-5 business days for shipping.*

▶  DETAILS & DIMENSIONS
▶  SHIPPING INFO

*Join Our Mailing List!*

ENTER EMAIL

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN  WILSON

NEW ARRIVALS     RUGS     PILLOWS     WALLPAPER     FURNITURE     LIGHTING     DÉCOR SHOP     HOLIDAY





# Burnside Buffalo Check in Navy Wallpaper Sample

## $5.00

Quantity

 1 ▾

**ADD TO BAG**     ♡

*Taking cue from the traditional Buffalo Check, our watercolor version gives it an abstract twist. We love it for bathrooms, breakfast nooks, and kids rooms!*

Sample will ship in 3-5 business days.

---

*Join Our Mailing List!*

ENTER EMAIL

  

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

Wed Dec 04 2019 13:30:25 GMT-0500 (Eastern Standard Time) https://caitlinwilson.com/products/burnside-buffalo-check-in-black-wallpaper-sample?_pos=1&_sid=503a687796_&ss=

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN W WILSON



| NEW ARRIVALS | RUGS | PILLOWS | WALLPAPER | FURNITURE | LIGHTING | DÉCOR SHOP | HOLIDAY |





# Burnside Buffalo Check in Black Wallpaper Sample

## $5.00

Quantity

1

**ADD TO BAG**  

*Taking cue from the traditional Buffalo Check, our watercolor version gives it an abstract twist.  We love it for bathrooms, breakfast nooks, and boys rooms!*

Sample will ship in 3-5 business days.

*Join Our Mailing List!*

ENTER EMAIL

  

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN WILSON



NEW ARRIVALS    RUGS    PILLOWS    WALLPAPER    FURNITURE    LIGHTING    DÉCOR SHOP    HOLIDAY





# Burnside Buffalo Check in Black Wallpaper Swatch

## $5.00

Quantity

1

**ADD TO BAG**



Burnside Buffalo Check in Black Wallpaper

**ADD**

Taking a cue from the traditional Buffalo Check, our watercolor version gives it an abstract twist. We love it for bathrooms, breakfast nooks, and boy's rooms! Designed and digitally printed on pre-pasted paper. This high-quality paper is easy to install and removable.

*All sales final.*

▶ DETAILS & DIMENSIONS

▶ SHIPPING INFO

*Join Our Mailing List!*

ENTER EMAIL



**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

# CAITLIN W WILSON



NEW ARRIVALS   RUGS   PILLOWS   WALLPAPER   FURNITURE   LIGHTING   DÉCOR SHOP   HOLIDAY





## Grande Check in French Blue Wallpaper Swatch

### $5.00

Quantity

1 ▾

**ADD TO BAG**   ♡

Grande Check in
French Blue          **ADD**

Classic meets color in this oversized check wallpaper.
Make a statement in your laundry room, nursery, or
powder baths with this bold beauty. Designed and
hand screen printed on coated paper manufactured in
the USA.  This high-quality paper is designed to be
extremely durable and fade resistant.

*All sales final.*

▶  DETAILS & DIMENSIONS

▶  SHIPPING INFO

---

*Join Our Mailing List!*

ENTER EMAIL



**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING &
HANDLING
RETURNS &
EXCHANGES
PRIVACY
POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW



# CAITLIN WILSON

NEW ARRIVALS     RUGS     PILLOWS     WALLPAPER     FURNITURE     LIGHTING     DÉCOR SHOP     HOLIDAY





## Burnside Buffalo Check in Navy Wallpaper Swatch

### $5.00

Quantity

1

ADD TO BAG     

  Burnside Buffalo Check in Navy Wallpaper     ADD

Taking a cue from the traditional Buffalo Check, our watercolor version gives it an abstract twist. We love it for bathrooms, breakfast nooks, and kid's rooms! Designed by Caitlin Wilson and digitally printed on pre-pasted paper. This high-quality paper is easy to install and removable.

*All sales final.*

▶  DETAILS & DIMENSIONS

▶  SHIPPING INFO

*Join Our Mailing List!*

ENTER EMAIL





**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN WILSON



NEW ARRIVALS     RUGS     PILLOWS     WALLPAPER     FURNITURE     LIGHTING     DÉCOR SHOP     HOLIDAY





# COATED CANVAS - Navy Burnside Buffalo Check Swatch

$1.00

Quantity

1

**ADD TO BAG** 

*Classic navy buffalo check reinvented with painterly strokes. You'll love our coated canvas for bench cushions and barstools with your little people and pets. Please note that coated canvas is not water resistant, stain resistant, nor is it oil-cloth. It has a light water resistance which can still stain with certain kinds of spills.*

Colors - Navy
Horizontal Repeat - 23"
Vertical Repeat - 22 3/4"
Fabric Width - 59"
Fabric Content - Coated canvas

*Join Our Mailing List!*

ENTER EMAIL

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

SHOP CAITLIN'S GIFT GUIDE! SHOP NOW

CAITLIN W WILSON



NEW ARRIVALS     RUGS     PILLOWS     WALLPAPER     FURNITURE     LIGHTING     DÉCOR SHOP     HOLIDAY





# COATED CANVAS - Navy Burnside Buffalo Check Fabric Swatch

## $2.00

Quantity

1 ▾

**ADD TO BAG**     

   COATED CANVAS - Navy Burnside Buffalo Check     **ADD**

Classic navy buffalo check reinvented with painterly strokes. You'll love our coated canvas for bench cushions and barstools with your little people and pets. Please note that coated canvas is not water-resistant, stain-resistant, nor is it oil-cloth. It has a light water resistance which can still stain with certain kinds of spills.

*Please allow 3-5 days for order processing and 7-10 days for shipping.*

▸ DETAILS & DIMENSIONS

▸ SHIPPING INFO

*Join Our Mailing List!*

ENTER EMAIL

  

**THE COMPANY**
ABOUT CAITLIN
CAREERS
BLOG
LOOKBOOK
PORTFOLIO
PRESS
SHOWROOMS

**CUSTOMER CARE**
CONTACT US
SHIPPING & HANDLING
RETURNS & EXCHANGES
PRIVACY POLICY
FAQ

**TRADE**
REGISTER/LOGIN

# EXHIBIT E



NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

**David May**
*Partner*
T 202-585-8220
dmay@nixonpeabody.com

799 9th Street NW
Suite 500
Washington, DC 20001-4501
202-585-8000

January 10, 2018

*Via Federal Express and Email*

Caitlin Wilson Design
ATTN: Caitlin Wilson
14736 Northwest Forestel Loop
Beaverton, OR 97006
info@caitlinwilson.com

**RE:  Intellectual Property Infringement; NP Ref. No. 740204-206**

Dear Ms. Wilson,

We represent Hästens Sängar AB ("**Hästens**") in connection with its intellectual property law matters.

As you may be aware, Hästens is engaged in the manufacturing, distribution and sale of beds and related products, including mattresses, linens, quilts and pillows. Hästens has several stores worldwide, including within the United States, through which it advertises and sells its products. Since at least as early as 1978, Hästens has been using in commerce its signature and distinctive repeating blue check design with quality beds, mattresses and bed accessories, representative images of which are enclosed as **Exhibit A** hereto. Further background information as to the origins of Hästens' Blue Check Design is available at https://www.hastens.com/en/our-story/blue-check. Additionally, Hästens uses a check pattern, irrespective of color, in connection with high quality beds, mattresses and bed accessories. These designs collectively hereinafter referred to as the "**Hästens Check Designs**".

In addition to the above-described use, Hästens is the owner of the following incontestable federal trademark registrations and application in the United States that protect its exclusive right to use the Hästens Check Designs:

Caitlin Wilson Design
ATTN: Caitlin Wilson
January 10, 2018
Page 2

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP



- **U.S. Registration No. 2,648,250** for
  **Class 20:** Furniture, namely beds, bedsteads and bedroom furniture; mirrors, bedroom mirrors, picture frames; bedding, namely, mattresses, spring mattresses, pillows and down pillows
  **Class 24:** Textile products not included in other classes, namely bed covers and curtains of textile; bed linen, namely, sheets and pillow cases; down quilts, bed blankets



- **U.S. Registration No. 3,813,053** for
  **Class 20:** Furniture, including beds, bedsteads and bedroom furniture; mattresses, spring mattresses, pillows and down pillows
  **Class 24:** Woven textiles, namely, sheets, towels, bed blankets; textile products not included in other classes, namely, bed spreads bed linen, bed clothes including blankets and pillow cases; down quilts

Hästens also holds copyrights to the Hästens Check Designs. Through its continuous use and advertising of the Hästens Check Designs, Hästens has established valuable rights, goodwill, and consumer recognition in and to the Hästens Check Designs in the United States along with other jurisdictions.

It has come to our attention that Caitlin Wilson Design ("**CW Design**") is selling to various retailers, including Overstock.com, products, including bedding, that features the famous Hästens Check Designs and appears virtually identical to Hästens' own distinctive bedding and beds marketed and sold using the Hästens Check Designs at its website and in stores.  *See* **Exhibit A**.

Comparison images are attached hereto as **Exhibit B**.  As you can see, the textiles you offer appear to be a replica of Hästens' own textiles containing the Hästens Check Designs.

The U.S. Lanham Act (15 U.S.C. §1114) provides, in pertinent part, as follows:

> Any person who shall, without the consent of the registrant . . . use in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause

4812-7797-7177.1

Caitlin Wilson Design
ATTN: Caitlin Wilson
January 10, 2018
Page 3

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

>   confusion, or to cause mistake, or to deceive, . . . shall be liable in a civil action
>   by the registrant. . . .

Further, the Lanham Act (15 U.S.C. §1117(a)) provides that:

>   When a violation of any right of the registrant of a mark registered in the Patent
>   and Trademark Office, a violation under section 43(a) or (d) [§11215(c) or (d)],
>   or a willful violation under section 43(c), shall have been established in any civil
>   action arising under this Act, the plaintiff shall be entitled . . . to recover (1)
>   defendant's profits, (2) any damages sustained by the plaintiff, and (3) the costs of
>   the action.

In addition, the Lanham Act (15 U.S.C. § 1117(c)) provides that:

>   In a case involving the use of a counterfeit mark . . . in connection with the sale,
>   offering for sale, or distribution of goods or services, the plaintiff may elect, . . .
>   to recover, instead of actual damages and profits under subsection (a), an award
>   of statutory damages . . . in the amount of—
>
>   (1) not less than $1,000 or more than $200,000 per counterfeit mark per type of
>   goods or services sold, offered for sale, or distributed, as the court considers just;
>   or
>
>   (2) if the court finds that the use of the counterfeit mark was willful, not more
>   than $2,000,000 per counterfeit mark per type of goods or services sold, offered
>   for sale, or distributed, as the court considers just.

Your use of the Hästens Check Designs is unauthorized and is likely to create confusion in the
marketplace as to the source of the goods. As such, your use of the Hästens Check Designs is
deemed to constitute trademark and trade dress infringement, copyright infringement, unfair
competition amongst other causes of action.

Hästens wishes to resolve this matter amicably, without resorting to litigation. However, Hästens
must take whatever action is necessary to protect its valuable intellectual property.  In order to
amicably resolve the matter, Hästens demands that you immediately provide us with your written
assurances, no later than **January 17, 2018**, that you will:

>   (1)     Immediately cease and desist from any and all further use of the Hästens
>           Check Designs and all designs confusingly similar thereto in the sale and/or
>           advertising of your products;

Caitlin Wilson Design
ATTN: Caitlin Wilson
January 10, 2018
Page 4

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

    (2)      Provide a full and detailed accounting of all products you have sold bearing the Hästens Check Designs;

    (3)      Provide us with an inventory of all products bearing the Hästens Check Designs that you have in stock; and

    (4)      Provide us with a list of all retailers to whom CW Design has sold the Hästens Check Design.

Upon receiving these assurances, we will send a settlement agreement to you for the formal resolution of this matter.

You are now on notice of Hästens' rights. Any further use of the above-described Check Designs, or designs confusingly similar thereto, will be deemed to constitute willful infringement.

The demands herein are made for settlement purposes only. They are made without prejudice to Hästens' valuable intellectual property rights, all of which are expressly reserved. We appreciate your attention to this matter, and look forward to hearing from you.

Very truly yours,

**NIXON PEABODY LLP**

David L. May
Partner

4812-7797-7177.1

# EXHIBIT A

https://www.hastens.com/en/beds



*Asking "How to choose the right bed" is an incredibly important question. Your bed is the single most important item of furniture in your life. You'll be spending around 25 years asleep in it. And making sure that sleep is deep and uninterrupted night after night after night is vital to living a long, active, healthy life. A life that's as good as you'll allow it to be.*

*Take your time and try different Hästens beds and levels of firmness as you work your way towards discovering which is right for you. We usually say that the right bed is the one in which you realize you are not even aware of the bed. You only notice how comfortable you are.*

I've not booked a tryout yet! ›



Six generations of Swedish bed making tradition. Unrivalled comfort. Handmade with passion. We use only ethically-sourced sustainable resources and natural materials to craft a Hästens bed. The purest flax, wool and cotton, slow-grown Swedish pine and genuine hypoallergenic horsehair.

# HÄSTENS VIVIDUS

The best bed in the world. Handmade from beginning to end. An uncompromising showcase of expert craftsmanship with unmatched levels of support and comfort.

Show me the world's most exclusive bed ›



## HÄSTENS 2000T

A modern icon that lifts the standard by which
other continental beds are measured. Defined by a
springy, lively edge to its support.

*Take me to the bed ›*

https://www.hastens.com/en/beds









to relieve pressure and support your neck, in an all-natural way.

Filled with 15% goose down and 85% goose feather, the anatomical pillow comes with two pressure-relieving cylinders, and one blue checked pillowcase
Filling power: 300 cu in

Additional pillowcases available: Original, Satin Pure

## WOULD YOU LIKE TO KNOW MORE?

*Only natural materials ›*

## WHY DO YOU NEED A DOWN DUVET AND PILLOWS?
## AND WHY SHOULD YOU CARE ABOUT THREAD COUNT?

It's all to do with softness, support, air circulation and temperature. A Hästens bed is designed and made from natural materials because they breathe and let air circulate around your whole body as you sleep. So your body can get a little help to regulate its temperature, which will mean you wake up less. To then cover your body with something that could potentially stifle your bed's ability to breathe makes precious little sense. So all Hästens bed linen, duvets and pillows are created and made from materials that complement the Hästens sleep experience rather than restrict it.

4812-7797-7177.1



The Hästens top mattress is essential for a more hygienic, fresh and healthy sleep. Made from natural materials our top mattresses breathe to help keep you warm during cold winter nights and cool in summer. A top mattress improves not only your comfort and sleep climate but also your bed's longevity, playing an integral part of the whole Hästens sleep experience. The top mattress was invented in the early 1900s and Hästens is proud to be the world's first manufacturer to use one on continental beds.

**SUPERIOR SLEEP COMFORT**

One night is all it takes to appreciate the feeling of natural breathable materials next to your skin; adding a whole new dimension of comfort and softness to any bed, be it a Hästens or otherwise. Various mattress sizes, material combinations and colors are available in the Hästens top mattress range.

**CHOOSE BETWEEN FOUR MODELS:**

BJX Luxury, filled with several layers of cotton, wool, mohair and horsehair of the highest quality.

BJX, filled with cotton, wool and specially selected horsehair using the very longest and strongest strands for extra springiness.

BJ, filled with cotton, wool and soft, springy, flexible horsehair of excellent quality.

BV, filled with thick, soft cotton and wool.

All models breathe and let you sleep in an airy, dry environment at the right temperature. To maintain maximum comfort, we recommend you change the top mattress every five to seven years and always use a cotton mattress protector for everyday freshness.

**TM MATTRESS**

In honor of our Swedish heritage, we still craft traditional TM mattresses for firmer bases, filled with genuine horsehair and cotton. The horsetail hair in the middle forms an airy cushion of millions of springy spirals. A layer of pure cotton and wool rests on both sides of the horsehair. The TM mattresses are stuffed, stitched and tufted completely by hand using techniques almost unchanged from a century ago.

Choose between A-luxury horsehair and J horsehair. Available in two heights: 4 cm (TM4) and 8 cm (TM8).









4812-7797-7177.1

# EXHIBIT B

| Hästens textiles, fabrics and/or products: | CW Design textiles, fabrics and/or products available on caitlinwilson.com: |
|---|---|
|  |  |
|  |  |

| Hästens textiles, fabrics and/or products: | CW Design textiles, fabrics and/or products available on caitlinwilson.com: |
|---|---|

