Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Andrew H. Winetroub (Bar No. 291847)
awinetroub@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (*admitted pro hac vice*)
dmay@nixonpeabody.com
Jennette W. Psihoules (*admitted pro hac vice*)
jpsihoules@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Attorneys for Plaintiff
*Hästens Sängar AB*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HÄSTENS SÄNGAR AB,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAITLIN WILSON DESIGN, LLC,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 5:20-cv-00280-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br><br>Hon. Edward J. Davila<br>United States District Court Judge |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Hästens Sängar AB ("Hästens") and Defendant and Counter-Claimant Caitlin Wilson Design, LLC ("CWD", and, together with Hästens, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that that the above-captioned case be dismissed in its entirety with prejudice, inclusive of the respective claims and counterclaims asserted by Hästens and CWD therein.  The Parties further

stipulate and agree that all Parties are to bear their own costs of the litigation, including any attorneys' fees.

Dated:  March 2, 2021

Respectfully submitted,

**NIXON PEABODY LLP**

By  */s/ Robert A. Weikert*

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Andrew H. Winetroub (Bar No. 291847)
awinetroub@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (*admitted pro hac vice*)
dmay@nixonpeabody.com
Jennette W. Psihoules (*admitted pro hac vice*)
jpsihoules@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Plaintiff Hästens Sängar AB*

Dated: March 2, 2021

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By  */s/ Jura C. Zibas*

Jura C. Zibas (Bar No. 217864)
Jura.Zibas@wilsonelser.com
Francis Torrence (Bar No. 15463)
Francis.Torrence@wilsonelser.com

*Attorneys for Defendant Caitlin Wilson Design, LLC*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: March  3 , 2021

                                      Hon. Edward J. Davila
                                      United States District Judge

# ECF ATTESTATION

I, Robert A. Weikert, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**. In accordance with Local Rule 5.1, concurrence in and authorization of the filing of this document has been obtained from Jura C. Zibas, counsel for Defendant Caitlin Wilson Design, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: March 2, 2021                          **NIXON PEABODY LLP**

                                              By:   */s/ Robert A. Weikert*
                                                    Robert A. Weikert
                                                    Attorney for Plaintiff
                                                    Hästens Sängar AB